**02:10 PM**        **3-25-11271-cjf**        Kim H. Pov

Ch 13
Trustee: Harring

Madison

**Opposing:** Kristin K. Beilke        608-256-4320

**Debtor or Plaintiff Atty.:**        Colton Johnson Chase   608-310-3427        for Kim H. Pov

**Matter:**   Preliminary hearing on Confirmation Chapter 13 Plan (Doc # 24)
-Obj. TR

**Judge Hearing Notes:**

## U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

## COURT PROCEEDING MEMO

## OUTCOME:

Granted | Denied | Sustained | Overruled | Allowed | Disallowed | Approved | Withdrawn | Settled | UA

Debtor shall do the following by: ___**8|25|25**___ (Date)___**X**___ or the case will be dismissed.
_____ Bring current, inc.; _____ (Date)_____ provide information to Trustee
Other: **Pay Stubs + employment info; Amend** ___**X**___ amend plan | ____ amend budget
**I+J and SOFA, Means Test; SBA Docs**
Plan Confirmed, order to be submitted by: CH 13 TR | CH 12 ATTY | CH 11 ATTY

## SCHEDULE:
Adj. to _____ at _____. Location:   Telephone | Zoom | Hybrid, Deadline: _____
Other: _____.   SF | LF Zoom Order   Madison OR Eau Claire

_____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
_____ Issue Standard Pre-Hearing Order
_____ Other: _____
_____ Briefing Schedule | Movant's Brief _____ Response Brief _____ Reply Brief _____
_____ Other Schedule: _____

## ORDER:
_____ Order to be submitted by: _____ | the Court _____
_____ Order at docket no. _____ to be signed

**X** ORDER: For the reasons stated from the bench, **Debtor(s) to comply as stated above or the case will be dismissed.**

IT IS SO ORDERED:

_____
Catherine J. Furay
U.S. Bankruptcy Judge

___**X**___ cc:  Debtor(s)
_____ cc: Pro se party